UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SELMAR PERDUE, JR., ) | CASE NO. 1:08 CV 1162 |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| v. ) | |
| ) | JUDGMENT ENTRY |
| CUYAHOGA SUPPORT ENFORCEMENT ) AGENCY, et al., ) | |
| Defendants. ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

June 5, 2008